■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERRIL MILLIEN, Appellant. [4 NYS3d 897]—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered June 25, 2012, convicting her of grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence regarding her larcenous intent is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish her guilt of grand larceny in the fourth degree beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

To the extent the defendant contends that the verdict was repugnant, that contention is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Alfaro*, 108 AD2d 517, 520 [1985], *affd* 66 NY2d 985 [1985]; *see also People v Wilson*, 187 AD2d 689, 690 [1992]) and, in any event, without merit (*see People v Alfaro*, 108 AD2d at 518-520; *compare* Penal Law § 170.25 *with*

Penal Law § 155.30 [1]). Mastro, J.P., Chambers, Austin and Miller, JJ., concur.